

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/16/21

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3*rd* floor
New York, NY 10007

**MEMO ENDORSED**

February 12, 2021

BY ECF

Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

> Application GRANTED. The Commissioner shall file the administrative record no later than **April 19, 2021**. SO ORDERED.
>
> _____
> Barbara Moses, U.S.M.J.
> February 16, 2021

Re:  April Knight v. Comm'r of Soc. Sec.
     20 Civ. 7512 (BCM)

Dear Judge Moses:

     This office represents the defendant Commissioner of Social Security in the above-referenced case.  Pursuant to the schedule in this case, the administrative record is due on February 16, 2021.  We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the record be extended for 60 days, until April 19, 2021.  The reason for this request is the Social Security Administration needs more time to prepare the record due to telecommuting and other workplace changes in response to the pandemic.  No prior adjournment has been requested in this matter.  We appreciate the Court's consideration of this request.

                             Respectfully,

                             AUDREY STRAUSS
                             United States Attorney

              By:       s/ *Susan D. Baird*
                    SUSAN D. BAIRD
                    Assistant United States Attorney
                    tel. (212) 637-2713
                    Susan.Baird@usdoj.gov

cc:    BY ECF
       Charles E. Binder, Esq.