

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/03/2021

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street, 3rd floor
New York, NY 10007

December 2, 2021

BY ECF

Honorable Barbara C. Moses
United States Magistrate Judge
United States District Court
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

      Re: April Knight v. Comm'r of Soc. Sec.
           20 Civ. 7512 (BCM)

Dear Judge Moses:

      Pursuant to the schedule in this Social Security case, the government's brief is due December 6, 2021. We write respectfully to request, with the consent of plaintiff's counsel, that the time to file the brief be extended to January 18, 2022, with plaintiff's reply, if any, due February 8, 2022. In making this request we recognize that the Court's September 15, 2021 order granting plaintiff's request to adjourn the briefing schedule stated that no further extensions would be granted. However, the extraordinary number of briefs due on the calendar of the undersigned, including 21 briefs due in the period between December 6, 2021, and January 18, 2022, necessitate this adjournment. The government has not previously requested an adjournment of the briefing schedule in this case, but the Court granted one extension of time to file the record. We appreciate the Court's consideration of this request.

Respectfully,

DAMIAN WILLIAMS
United States Attorney

By:       s/ *Susan D. Baird*
SUSAN D. BAIRD
Assistant United States Attorney
tel. (212) 637-2713
Susan.Baird@usdoj.gov

Given that this is the Government's first request for an extension, the motion is GRANTED. Defendant's cross-motion and brief is due **January 18, 2022**. Plaintiff's optional reply is due **February 8, 2022**. No further extensions will be granted to any party's briefing deadlines. SO ORDERED.

_____
Barbara Moses, U.S.M.J.
December 3, 2021

      cc:    BY ECF
                Daniel Berger, Esq.