UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
APRIL L.K.,

                    Plaintiff,

      -against-                                          20 **CIVIL** 7512 (GRJ)

                                                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated March 21, 2022, Plaintiff's Motion for Judgment on the Pleadings is GRANTED; the Commissioner's Motion for Judgment on the Pleadings is DENIED; this case is REMANDED under sentence four of section 405 (g) of the Social Security Act for further proceedings consistent with this decision; and this case is CLOSED without prejudice to a timely application for attorneys' fees and costs.

**Dated:**  New York, New York

           March 21, 2022

                                                                       **RUBY J. KRAJICK**

                                                                       **Clerk of Court**

                                              **BY:**

                                                                    **Deputy Clerk**